MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Criminal Chief

JOSHUA HILL (CABN 250842)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone: (510) 637-3740
    Facsimile: (510) 637-3724
    E-Mail: Joshua.Hill2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4-11-70769-MAG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| GERMAINE RAMSEY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its attorney, Joshua Hill, and the defendant through her attorney, Elena Condes, that the preliminary hearing or arraignment presently set for November 17, 2011, be continued to December 20, 2011 at 9:30 a.m. Defense counsel requires additional time to review the produced discovery and conduct necessary investigation. The parties agree that the delay is not attributable to lack of diligent preparation on the part of the attorney for the government or defense counsel. For these reasons, the parties request that time under the Speedy Trial Act be excluded based on the defense's need for reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Defendant also agrees to waive the timing of a preliminary hearing or indictment under 18 U.S.C. § 3161(b) and Federal Rule of Criminal Procedure 5.1. The parties

STIPULATION AND [PROPOSED] ORDER
No. 4-11-70769-MAG

1 | agree that the waiver covers all time between the date of this stipulation and November 17, 2011.

2 | IT IS SO STIPULATED:

Dated: November 15, 2011                                      /S/
                                                    ELENA CONDES
                                                    *Attorney for Defendant*


Dated: November 15, 2011                                      /S/
                                                    JOSHUA HILL
                                                    Assistant United States Attorney


## ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for November 17, 2011 is hereby rescheduled for December 20, 2011 at 9:30 a.m. Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between November 15, 2011 and December 20, 2011 would unreasonably deny the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between November 15, 2011 and December 20, 2011 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, it is hereby ordered that the time between November 15, 2011 and December 20, 2011 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). In addition, upon consent of defendant, the timing of a preliminary hearing or indictment is waived pursuant to 18 U.S.C. § 3161(b) and Federal Rule of Criminal Procedure 5.1. The waiver covers all time between November 15, 2011 and December 20, 2011.

DATED: November 16, 2011                    _____
                                            HONORABLE LAUREL BEELER
                                            United States Magistrate Judge